IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRALD D. GAZAWAY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | No.  2:23-CV-0699-WBS-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for a 20-day extension of time to file objections to the Court's May 14, 2024, findings and recommendations.  Good cause appearing therefor based on Petitioner's declaration indicating the need for additional time due to limited prison law library access, Petitioner's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an extension of time, ECF No, 31, is GRANTED.

2. The parties may file objections to the Court's May 14, 2024, findings and recommendations within 20 days of the date of this order.

Dated:  June 3, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE